IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| YOLANDA BRUCE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALLY FINANCIAL, INC., )<br>)<br>Defendant. ) | CIVIL CASE NO.: 3:20-cv-128-ECM |

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered on this date, it is the

ORDER, JUDGMENT and DECREE of the Court that this case is DISMISSED with prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 24th day of September, 2021.

    /s/Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE